UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE SAIC, INC. SECURITIES LITIGATION       :

                                       :           No. 12-CV-01353 (DAB)

                                       :

                                       :

                                       :

This Document Relates to: All Actions                 :

                                       :           ECF Case

                                       :

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Ariana J. Torchin, dated March 1, 2013, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, Ariana Torchin hereby withdraws her individual appearance on behalf of Defendant Gerard Denault in the above-captioned matter.  Barry Bohrer, along with other attorneys now at the law firm of Schulte Roth & Zabel LLP, will remain as counsel of record to Gerard Denault.

Dated:  March 1, 2013
        New York, New York

                                              Respectfully submitted,

                                              MORVILLO ABRAMOWITZ GRAND
                                              IASON & ANELLO P.C.

                                              By: _____

                                                 Ariana J. Torchin
                                              565 Fifth Avenue
                                              New York, New York 10017
                                              Telephone:  (212) 856-9600
                                              Facsimile:  (212) 856-9494
                                              *Attorneys for Defendant Gerard Denault*

SO ORDERED.

_____, 2013

                                              _____

                                              The Honorable Deborah A. Batts
                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE SAIC, INC. SECURITIES LITIGATION    :

:         No. 12-CV-01353 (DAB)

:

:

:

:

This Document Relates to: All Actions    :

:         ECF Case

:

-----------------------------------------------------------------x

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Ariana Torchin, declare and state as follows:

1.     I am an attorney with the firm Morvillo Abramowitz Iason & Anello P.C., previously Morvillo, Abramowitz, Iason, Anello & Bohrer P.C. ("Morvillo Abramowitz").

2.     Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendant Gerard Denault in the above-captioned action. Barry Bohrer is no longer associated with Morvillo Abramowitz, and Mr. Denault has requested that all matters related to his defense be transferred to the law firm of Schulte Roth & Zabel LLP, with which Mr. Bohrer is now associated.

3.     Barry Bohrer and Sidhardha Kamaraju, both previously with Morvillo Abramowitz, along with other attorneys at the law firm of Schulte Roth & Zabel LLP, will continue to represent Gerard Denault. We have informed Mr. Denault that I will be withdrawing as counsel, and Mr. Denault has no objections.

4.     Because Mr. Bohrer will continue to represent Mr. Denault, this withdrawal will not affect this action in any way, including the posture of the case. Nor will this withdrawal prejudice the Plaintiff.

Dated: March 1, 2013
     New York, New York

_____
Ariana J. Torchin