Batts, D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE SAIC, INC. SECURITIES LITIGATION       :

                                             :       No. 12-CV-01353 (DAB)

                                             :

                                             :

                                             :

                                             :

                                             :

This Document Relates to: All Actions        :

                                             :       ECF Case

                                             :

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Ariana J. Torchin,

dated March 18, 2013, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case

Filing Rules and Instructions, Ariana Torchin hereby withdraws her individual appearance on

behalf of Defendant Gerard Denault in the above-captioned matter.  Barry Bohrer, along with

other attorneys now at the law firm of Schulte Roth & Zabel LLP, will remain as counsel of

record to Gerard Denault.

Dated:  March 18, 2013                    Respectfully submitted,
        New York, New York

                                          MORVILLO ABRAMOWITZ GRAND
                                          IASON & ANELLO P.C.

                                          By: _____
                                               Ariana J. Torchin
                                          565 Fifth Avenue
                                          New York, New York 10017
                                          Telephone:  (212) 856-9600
                                          Facsimile:  (212) 856-9494
                                          *Attorneys for Defendant Gerard Denault*

SO ORDERED.

_____, 2013

_____
The Honorable Deborah A. Batts
United States District Judge