UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
IN RE SAIC, INC. SECURITIES :
LITIGATION : No. 12-CV-01353-DAB
:
: ECF Case
This Document Relates To:  All Actions :
:
:
-----------------------------------------------------------x

# NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF THE SEPTEMBER 30, 2013 MEMORANDUM AND ORDER ON MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated October 15, 2013, served and filed herewith, Defendant Leidos Holdings, Inc. (formerly SAIC, Inc.) ("SAIC"), will move the Honorable Deborah A. Batts, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, pursuant to Local Civil Rule 6.3, for reconsideration of the portion of the Court's September 30, 2013 Memorandum and Order (Dkt. No. 97) that denied SAIC's motion to dismiss in part, and for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the remainder of Plaintiffs' claims in the Amended Class Action Complaint with prejudice.

Dated: October 15, 2013

_____
Andrew S. Tulumello (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500

*Attorneys for Defendant Leidos Holdings, Inc. (formerly SAIC, Inc.)*

**CERTIFICATE OF SERVICE**

      I certify that on the date indicated below I caused the foregoing *Notice of Motion for Partial Reconsideration of the September 30, 2013 Memorandum And Order on Motion to Dismiss* to be electronically filed with the Clerk using the CM/ECF system, thereby effecting service on all ECF registered users in this case.

October 15, 2013

                                              /s/ Jason R. Meltzer
                                              Jason R. Meltzer