UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SAIC INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 1:12-CV-01353-DAB<br>ECF Case |

      PLEASE TAKE NOTICE that, upon the accompanying declaration of W. Neil Eggleston, dated April 25, 2014, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, W. Neil Eggleston hereby withdraws his individual appearance on behalf of Defendant Walter P. Havenstein in the above-captioned matter. Mark Filip and Beth Williams of Kirkland & Ellis LLP will remain as counsel of record to Mr. Havenstein.

Dated: April 25, 2014
       Washington, D.C.

    /s Neil Eggleston
Mark Filip (admitted *pro hac vice*)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Mark.Filip@kirkland.com

W. Neil Eggleston, Bar No. WE7674
Beth A. Williams, Bar No. BW1221
Kirkland & Ellis LLP
655 15th Street, NW, Suite 1200
Washington, DC  20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200
Neil.Eggleston@kirkland.com
Beth.Williams@kirkland.com

SO ORDERED.

_____, 2014

    The Honorable Deborah A. Batts
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SAIC INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 1:12-CV-01353-DAB<br>ECF Case |

### DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, W. Neil Eggleston, declare and state as follows:

1. I am an attorney with the firm Kirkland & Ellis LLP, which represents Walter P. Havenstein in the above-captioned matter.

2. Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendant Walter P. Havenstein in the above-captioned action. On May 6, 2014, I will be leaving private practice with Kirkland & Ellis LLP to accept an appointment within the United States government, and therefore will be unable to continue to represent Mr. Havenstein in this matter.

3. Mark Filip and Beth Williams of Kirkland & Ellis LLP will continue to represent Mr. Havenstein.

4. We have informed Mr. Havenstein that I will be withdrawing as counsel, and Mr. Havenstein has no objections.

5. Because Mr. Filip and Ms. Williams will continue to represent Mr. Havenstein, this withdrawal will not affect this action in any way, including the posture of the case. Nor will this withdrawal prejudice any other party.

6. It has been an honor to appear before this Court on behalf of Mr. Havenstein in this matter.

Dated: April 25, 2014
      Washington, D.C.

                                                         W. Neil Eggleston