UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In Re SAIC, Inc. SECURITIES
LITIGATION

12 Civ. 1353 (DAB)
ORDER

------------------------------------X
DEBORAH A. BATTS, United States District Judge.

On March 29, 2016 the United States Court of Appeals for the Second Circuit vacated in part and affirmed in part this Court's Orders denying Plaintiffs' motion to obtain relief from judgment and amend their Complaint. The Second Circuit vacated the Court's denial of "Plaintiffs' postjudgment motion to amend their FAS 5 and Item 303 claims based on SAIC's March 201 Form 10-K." Indiana Pub. Ret. Sys. v. SAIC, Inc., 818 F.3d 85, 88 (2d Cir. 2016). The Court noted that "Plaintiffs elected to substantially shorten the class period and affirmatively waived any challenge to the District Court's dismissal of claims arising out of alleged false statements, omissions, or other violations of the securities laws that occurred prior to March 2011." Id. at 93. The Court focused solely on claims arising from March 23, 2011 to September 1, 2011. Id. With respect to Plaintiffs' remaining claims not relating to FAS 5 and Item 303, the Second Circuit "affirm[ed] the judgment of the District Court." Id. at 88.

Pursuant to the Opinion of the Second Circuit, Plaintiffs are hereby granted leave to amend their Complaint pertaining

solely to their FAS 5 and Item 303 claims based on SAIC's March 2011 Form 10-K. The class period shall be limited to March 23, 2011 to September 1, 2011.

Plaintiffs shall file their Amended Complaint no later than 45 days from the date of this Order. Defendants shall answer the Complaint within thirty days of service.

SO ORDERED.

Dated:   New York, New York
         August 31, 2016

_Deborah A. Batts_
DEBORAH A. BATTS
United States District Judge