UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SAIC, INC. SECURITIES LITIGATION | : | Master File No. 1:12-cv-01353-DAB |
| | : | |
| | : | CLASS ACTION |
| This Document Relates To: | : | |
| | : | NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND FOR AN AWARD OF EXPENSES TO LEAD COUNSEL AND FOR AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| ALL ACTIONS. | : | |
| | : | |
| | : | |
| | : | |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon: (i) the Declarations of Joseph Russello; (ii) the Declaration of Anthony Green; (iii) the Amended Stipulation of Settlement, dated June 26, 2019 and the Exhibits annexed thereto; (iv) the Declaration of Carole K. Sylvester; (v) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation, and for an Award of Expenses to Lead Counsel and for Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); and (vi) all other proceedings herein, Lead Plaintiffs Indiana Public Retirement System, Indiana State Teachers' Retirement Fund and Indiana Public Employees' Retirement Fund, through counsel, will move this Court, before the Honorable Deborah A. Batts, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 24B, 500 Pearl Street, New York, New York on January 8, 2020, at 10:30 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) finally approving the settlement of the captioned litigation; (2) approving the

- 1 -

Plan of Allocation; (3) awarding Lead Counsel expenses in the litigation; and (4) awarding Lead Plaintiffs compensation for their time and service representing the Class.

Proposed orders will be submitted with Lead Plaintiffs' reply submission on or before December 30, 2019.

DATED: December 11, 2019          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
JOSEPH RUSSELLO


              /s/Joseph Russello
            JOSEPH RUSSELLO

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
jrussello@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I, Joseph Russello, hereby certify that on December 11, 2019, I authorized a true and correct copy of the NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND FOR AN AWARD OF EXPENSES TO LEAD COUNSEL AND FOR AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4), to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



                                                     */s/* Joseph Russello
                                                     JOSEPH RUSSELLO