UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE SAIC SECURITIES LITIGATION

ORDER
12 Civ. 1353(DAB)

------------------------------------X
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendant's Partial Objection to Lead Plaintiff's Request for Expenses dated December 16, 2019. (ECF No. 192.) To date, Lead Plaintiffs have not responded to Defendant's Objection.[1]

The settlement hearing scheduled for Wednesday, January 8, 2020 at 10:30 AM is hereby adjourned <u>sine die</u>. Plaintiffs shall respond to Defendant's Objection by January 15, 2020. Thereafter, Defendant shall reply by January 29, 2020.

SO ORDERED.

Dated: December 19, 2019
New York, New York

_Deborah A. Batts_
Deborah A. Batts
United States District Judge

---

[1] While it is too late to remedy, the Court is also aware that Summary Notice was only published in The Wall Street Journal and transmitted over Business Wire. (Sylvester Decl. ¶ 12, ECF No. 190.) However, the Court's Preliminary Approval Order directed Summary Notice be published once in the national edition of The Wall Street Journal, once in the national edition of Investor's Business Daily, once in the national edition of USA Today, once over the Business Wire, and once over the PR Newswire within ten calendar days of the Notice Date. (Prelim. Approval Order ¶ 14, ECF No. 185.)