UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/20

------------------------------------------------------------- X
       :
       :
       :

IN RE SAIC, INC. SECURITIES LITIGATION  :           1:12-cv-1353-GHW

       :
       ::            ORDER
       :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A final approval hearing is scheduled to take place in this matter on April 2, 2020. In light of the COVID-19 pandemic and the associated restrictions on travel and the congregation of groups of people, the Court will adjourn the final approval hearing to a date to be determined. The Court directs that counsel for the parties confer and provide the Court the following: (1) proposed dates and times for the final approval hearing, which should be no earlier than June 15, 2020; (2) a proposed plan to notify class members of the adjourned hearing date; and (3) a proposed order and form of notice to class members regarding the adjourned date. To the extent that the parties believe that no such notice to class members is required, they are directed to submit their views and supporting legal precedent to the Court by the same date. The parties are directed to file those submissions no later than March 26, 2020.

SO ORDERED.

Dated: March 24, 2020

_____
GREGORY H. WOODS
United States District Judge