USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SAIC, INC. SECURITIES LITIGATION | : | Master File No. 1:12-cv-01353-GHW |
| This Document Relates To: | : : : : | <u>CLASS ACTION</u><br><br>ORDER REGARDING NOTICE OF |
| ALL ACTIONS. | : : : | CONTINUED HEARING DATE |

4812-4796-2296.v1

WHEREAS, a hearing on Lead Plaintiffs' Motion for Final Approval of Settlement is currently scheduled for April 2, 2020; and

WHEREAS, in light of the COVID-19 pandemic and the associated restrictions on travel and the congregation of groups of people, the Court has issued an order adjourning the April 2, 2020 hearing to a date on or after June 15, 2020; and

WHEREAS, in order to notify the Class of the adjourned hearing date, Lead Counsel proposes to issue a press release on the *Business Wire*, a copy of which is attached hereto, and to update the settlement website, www.SAICSecuritiesSettlement.com with the new hearing date and time; and

WHEREAS, the Court has reviewed the proposed press release and finds it sufficiently informs Class Members of the adjourned date and provides adequate notice of the adjourned date to satisfy due process requirements;

IT IS HEREBY ORDERED that:

1. The Final Approval Hearing Date is continued to June 26, 2020 at 4:00 p.m., unless further adjournment is necessary.

2. No later than two business days after entry of this Order, Lead Counsel shall cause the press release attached hereto to be issued on the *Business Wire.*

3. No later than two business days after entry of this Order, the Claims Administrator shall update the settlement website with the adjourned hearing date, as well as a notification that the

Final Approval Hearing may be further continued if circumstances require, and that further updates will be available on the website or by contacting Lead Counsel.

IT IS SO ORDERED.

DATED: March 26, 2020

THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE