USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re SAIC, INC. SECURITIES LITIGATION  :  Master File No. 1:12-cv-01353-GHW
                                        :
                                        :  CLASS ACTION
This Document Relates To:               :
                                        :  ORDER CONFIRMING THAT FINAL
    ALL ACTIONS.                        :  SETTLEMENT HEARING SCHEDULED
                                        :  FOR JUNE 26, 2020 WILL BE
                                        :  CONDUCTED BY TELEPHONE
------------------------------------------------------x

Lead Plaintiffs requested in a letter dated May 5, 2020 (ECF No. 209) that the Court issue an order confirming that the final settlement hearing in this securities class action will be conducted telephonically in accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19. Lead Plaintiffs further request that the order provide that Lead Plaintiffs will publish on the home page of the settlement website, www.SAICSecuritiesSettlement.com, the call-in information to participate in the telephonic hearing. Having considered Lead Plaintiffs' request, and good cause appearing therefor, the Court grants the requested relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing to consider final approval of the Settlement in this Litigation, approval of the Plan of Allocation, Lead Counsel's motion for expenses, and related matters (the "Hearing") scheduled for June 26, 2020 at 4:00 p.m. will be conducted by telephone at the date and time previously scheduled.

2. Lead Counsel shall arrange for a conference call facility for the Hearing, which can be accessed by dialing (800) 504-8071 and using the access code 3383871#.

3. Lead Counsel shall notify Class Members of the call-in number to participate in the Hearing by publishing a prominent notice on the home page of the settlement website, www.SAICSecuritiesSettlement.com. If any objections to the Settlement are received, Lead Counsel shall directly notify the objectors of the access information for the Hearing.

    4.    Lead Counsel shall initiate a call to the Court at the time of the Hearing, and provide the Court with a "roll-call" of all attorneys (and any Class Members) who will appear on the record. Lead Counsel shall also comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED this day of May 6, 2020.

                                                                       THE HONORABLE GREGORY H. WOODS
                                                                       UNITED STATES DISTRICT JUDGE