```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                                                 :
                                                                                                                 :

IN RE SAIC, INC. SECURITIES LITIGATION  :       1:12-cv-1353-GHW
                                                                                                                 :
                                                                                                                 ::        ORDER
                                                                                                                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A final approval hearing is scheduled to take place in this matter on June 26, 2020. In their sur-reply in response to Defendant's objection reply, Lead Counsel stated that "there is no question [Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C] performed the appellate work Lead Counsel has described or that Lead Counsel incurred and paid the expenses associated with that work. Should the Court require further substantiation of those expenses, Lead Counsel would, of course, provide it." Dkt. No. 199 at 2. Lead Counsel is directed to file such further substantiation of those expenses by June 24, 2020 at 5:00 p.m.

      SO ORDERED.

Dated: June 23, 2020

                                                                                         GREGORY H. WOODS
                                                                                 United States District Judge