USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SAIC, INC. SECURITIES LITIGATION | Master File No. 1:12-cv-01353-GHW |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | ORDER AWARDING EXPENSES TO LEAD COUNSEL AND AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

This matter having come before the Court on June 26, 2020, on the motion of Lead Counsel for an award of expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Litigation to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Amended Stipulation of Settlement dated June 26, 2019 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel expenses in the amount of $340,000, plus the interest earned on the awarded amount at the same rate as that earned on the Settlement Fund until paid.

4. The awarded expenses and interest earned thereon, shall be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular, ¶7.2 thereof, which terms, conditions, and obligations are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards $20,000 total to Lead Plaintiffs Indiana Public Retirement System, Indiana State Teachers' Retirement Fund and Indiana Public Employees' Retirement Fund from the Settlement Fund for the time they spent directly related to their representation of the Class.

6. The Court has considered the objection to the expense award filed by defendant Leidos, Inc., and finds it to be without merit for the reasons stated on the record during the June 26, 2020 hearing. The objection is overruled.

DATED: June 29, 2020

THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE