USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re SAIC, INC. SECURITIES LITIGATION : Master File No. 1:12-cv-01353-GHW
:
: CLASS ACTION
This Document Relates To: :
: [PROPOSED] ORDER APPROVING
ALL ACTIONS. : DONATION OF RESIDUAL SETTLEMENT
: FUNDS
---------------------------------x

The Court has received the October 25, 2023 letter from Lead Counsel regarding the distribution of the Net Settlement Fund and the small residual funds remaining following those efforts.  Pursuant to ¶6.10 of the Stipulation of Settlement (ECF 179), Lead Counsel seeks the Court's approval to distribute the *de minimis* residual, approximately $2,400, to Investor Protection Trust, a non-profit organization devoted to investor education, and which is unaffiliated with Lead Counsel.

Upon consideration of Lead Counsel's request, IT IS HEREBY ORDERED THAT:

1. The *de minimis* residual funds remaining in the distribution account may be donated to Investor Protection Trust.

IT IS SO ORDERED.

DATED: October 26, 2023

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE