USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/11/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

In re SAIC, INC. SECURITIES LITIGATION :    Master File No. 1:12-cv-01353-GHW
                                        :
_____        :    CLASS ACTION
                                        :
This Document Relates To:               :    [PROPOSED] ORDER APPROVING
                                        :    DONATION OF RESIDUAL SETTLEMENT
    ALL ACTIONS.                        :    FUNDS
                                        :
                                        :
_____ x

The Court has received the December 11, 2025 letter from Lead Counsel regarding the return of uncashed settlement funds.  Pursuant to paragraph 6.10 of the Amended Stipulation of Settlement (ECF 183), Lead Counsel seeks the Court's approval to distribute the *de minimis* residual funds, approximately $3,000, to Council of Institutional Investors ("CII"), a non-profit organization devoted to investor rights, and which is unaffiliated with Lead Counsel.

Upon consideration of Lead Counsel's request, IT IS HEREBY ORDERED THAT:

1.      The *de minimis* residual funds remaining in the distribution account may be donated to CII.

IT IS SO ORDERED.

DATED:  December 11, 2025 _____

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

- 1 -